The People of the State of New York, Respondent, v. Frank Spross, Appellant.— Motion granted and appeal dismissed.

The People of the State of New York, Respondent, v. Harvey Spross, Appellant.— Motion granted and appeal dismissed.

The People of the State of New York, Respondent, v. Neil Tamblin, Appellant.— Motion granted and appeal dismissed.

The People of the State of New York, Respondent, v. Charles Underhill, Appellant.— Motion granted and appeal dismissed.

The People of the State of New York, Respondent, v. Darwell Wilder, Appellant.— Motion granted and appeal from order entered June 1, 1954, dismissed.

The People of the State of New York, Respondent, v. Darwell Wilder, Appellant.— Motion granted and appeal from order entered February 21, 1955, dismissed.

The People of the State of New York, Respondent, v. Darwell Wilder, Appellant.— Motion granted and appeal from order entered June 2, 1955, dismissed.

The People of the State of New York, Respondent, v. Simon Zipkin, Appellant.— Motion granted and appeal dismissed.

(November 18, 1955.)

Approved Pharmaceutical Corp., Respondent, v. Morris M. Levine et al., Appellants.

Kimball, J. (dissenting). The cause of action of the corporate plaintiff is based upon an alleged breach of a written contract between the plaintiff and the defendant Levine, executed on March 11, 1952, which contract restricted Levine as a future competitor of the plaintiff. On the same date, the defendant Levine entered into another contract with one Putter and one Michaelis, not parties to this action, by which said Levine gave an option to said Putter and Michaelis to purchase Levine's stock in the plaintiff corporation. This stock